IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Medley-Dunn, B'Treise | Case Number:  04 B 20090 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/5/08 | Filed:  5/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  June 27, 2008
Confirmed:  July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 48,344.00 | |
| Secured: | | 36,365.32 |
| Unsecured: | | 3,748.63 |
| Priority: | | 0.00 |
| Administrative: | | 1,844.00 |
| Trustee Fee: | | 2,262.25 |
| Other Funds: | | 4,123.80 |
| Totals: | 48,344.00 | 48,344.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jesse Outlaw & Associates | Administrative | 1,844.00 | 1,844.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 36,365.32 | 36,365.32 |
| 4. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 5. | US Bank | Unsecured | 600.00 | 600.00 |
| 6. | Jefferson Capital | Unsecured | 974.67 | 974.67 |
| 7. | ECast Settlement Corp | Unsecured | 2,173.96 | 2,173.96 |
| 8. | State of Illinois | Unsecured | | No Claim Filed |
| | | | $ 41,957.95 | $ 41,957.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 129.11 |
| 6.5% | 408.30 |
| 3% | 97.28 |
| 5.5% | 531.80 |
| 5% | 162.14 |
| 4.8% | 309.86 |
| 5.4% | 623.76 |
| | $ 2,262.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Medley-Dunn, B'Treise

Printed:  8/5/08

Case Number:  04 B 20090
Judge:  Hollis, Pamela S
Filed:  5/24/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____